IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS HOWARD,

    Petitioner,                    No. CIV-04-0083 DFL KJM P

    vs.

SCOTT KERNAN,

    Respondent.               ORDER

_____/

       Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254. In his first argument, petitioner complains that certain out-of-court statements made by Cherie Forstein, which were admitted as evidence at trial, deprived petitioner of a fair trial. Petitioner identifies the statements as "voice mail messages from Cherie Forstein to petitioner." Pet. at 2. There are over 100 pages of transcripts of messages left by Forstein on petitioner's answering machine that are part of the record before the court. See Petitioner's Ex. A., Vol. 4 at 901-1061. It is clear that not all of these transcripts or recordings of the conversations transcribed made it before the jury. See Answer at 12:2-14:5.[1]

/////

---

[1] Respondent identifies at least some of the answering machine messages that made it before the jury. However, it is not clear whether respondent has identified all of the messages.

1

1 | Petitioner fails to identify the specific statements to which he objects and where in the record it
2 | appears that such statements were presented to the jury.
3 |     Good cause appearing, IT IS HEREBY ORDERED that, within twenty days,
4 | petitioner provide the court with further briefing to indicate:
5 |     1. Precisely which statements petitioner argues were admitted into
6 | evidence in violation in of petitioner's Constitutional rights; and
7 |     2. Where in the record it appears that such statements were presented to
8 | the jury.
9 | DATED:  February 13, 2007.

_____
U.S. MAGISTRATE JUDGE

1
howa0083.fb